No. 556. ANDERSON ET AL. *v.* EMPIRE SEAFOODS, INC., ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Roger Robb* and *H. Donald Kistler* for petitioners. *Roland R. Parent* for respondent Cleary Bros. Construction Co.

No. 558. PENNINGTON ET AL. *v.* UNITED MINE WORKERS OF AMERICA. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *John A. Rowntree* and *Robert S. Young, Jr.,* for petitioners. *Edward L. Carey, Harrison Combs, Willard P. Owens, E. H. Rayson,* and *M. E. Boiarsky* for respondent.

No. 568. QUINN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Samuel E. Hirsch* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.

No. 584. RAMOS ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Jerome A. Duffy* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Gilbert E. Andrews,* and *Loring W. Post* for the United States.

No. 89, Misc. DVORSKY *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold* for the United States.